**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**JUSTIN T. RILEY,**

    **Plaintiff,**

**v.**                                    **Case No.: 6:09-cv-2147-Orl-35DAB**

**ROBERTS BROTHERS COACH
LEASING CO., INC., JAMES
M. ZAVISIN, and ROBERTS
BROTHERS COACH LEASING, INC.,**

    **Defendants.**
_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of the parties' Joint Stipulation for Dismissal of All Claims Against Defendant Roberts Brothers Coach Leasing, Inc., filed on April 11, 2011. (Dkt. 126)  A review of the record in this case reveals that on March 7, 2011, Defendants Roberts Brothers Coach Leasing Co., Inc. and James M. Zavisin filed three partial motions for summary judgment, including, <u>inter alia</u>, Defendants' Motion for Partial Summary Judgment for All Counts Against Roberts Brothers Coach Leasing, Inc. (Dkt. 108)  Upon consideration of the parties' Stipulation (Dkt. 126) and pursuant to FED. R. CIV. P. 41, it is hereby **ORDERED** as follows:

    (1) All claims against Defendant Roberts Brothers Coach Leasing, Inc. are **DISMISSED with prejudice**.  With respect to these claims, the parties have agreed "to each bear their own fees and costs." (Dkt. 126 at 1)  Accordingly, the **CLERK** is **DIRECTED** to terminate Defendant Roberts Brothers Coach Leasing, Inc. as a party to this case; and,

(2)  Defendants' Motion for Partial Summary Judgment for All Counts Against Roberts Brothers Coach Leasing, Inc.  (Dkt. 108) is **DENIED as moot**.

**DONE** and **ORDERED** in Orlando, Florida, on this 14th day of April 2011.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record

2