UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JUSTIN T. RILEY,**

    **Plaintiff,**

v.                                            Case No: 6:09-cv-2147-Orl-35DAB

**JAMES M. ZAVISIN, and ROBERTS BROTHERS COACH LEASING CO., INC.,**
**Defendants.**
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the parties' Joint Motion for Dismissal With Prejudice (Dkt. 149) and pursuant to FED. R. CIV. P. 41, it is hereby

**ORDERED** that this case is **dismissed with prejudice**. The parties have resolved all claims, including claims for attorneys' fees and court costs. (Dkt. 149 at 1) Accordingly, the **Clerk** is directed to **TERMINATE** any pending motions and **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida, this 17th day of August 2011.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record